AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of <br> *(Briefly describe the property to be searched or identify the person by name and address)* <br> INFORMATION ASSOCIATED WITH THE ACCOUNT INTELLIVISIONINC@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No.   MJ21-048 |

FILED / LODGED
JUN 2 5 2021
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   **Northern**   District of   **California**
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-1.

**YOU ARE COMMANDED** to execute this warrant on or before   **February 9, 2021**   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Any U.S. Magistrate Judge in this District   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   **1/26/21 10:30am**            *(Judge's signature)*

City and state:   Seattle, Washington            Hon. Paula L. McCandlis, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>MJ21-048 | Date and time warrant executed:<br>01/26/2021 12:00 pm | Copy of warrant and inventory left with:<br>NA |
| Inventory made in the presence of : |||

Inventory of the property taken and name of any person(s) seized:

The contents of the account held by Kenneth RHULE (intellivisioninc@gmail.com) with Google via secure file download.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. 7/1/2021 (FBI)

Date: 1/26/21

_Executing officer's signature_

Victor Morales Special Agent
_Printed name and title_